**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO QUIROZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT A. HOREL (Warden), ) <br> ) <br> Respondent. ) <br> _____ ) | No. SACV 06-1057-AHM(CW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 28, 2012

_____
A. HOWARD MATZ
United States District Judge