1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  SERGIO QUIROZ,                )      No. SACV 06-1057-AHM(CW)
                                  )
13              Petitioner,       )      JUDGMENT
                                  )
14        v.                      )
                                  )
15  ROBERT A. HOREL (Warden),     )
                                  )
16              Respondent.       )
                                  )
17  _____)
18      **IT IS ADJUDGED** that the petition for writ of habeas corpus is
19  denied and the action dismissed with prejudice.
20
21  DATED:  February 28, 2012
22                                     _____
23  **JS-6**                               A. HOWARD MATZ
                                       United States District Judge
24
25
26
27
28